UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSEPH P. CLOUTE,

                Plaintiff,                  ORDER

       v.                             Case No. 10-cv-578-wmc

I-FLOW CORPORATION,
DJO, LLC and DJO INCORPORATED,

                Defendants.

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 27th day of July, 2011.

                                            William M. Conley
                                            District Judge